## United States Bankruptcy Court
### Northern District of Georgia

In re   **Tiffany Dawn Winchester Ford**                                    Case No.
                          Debtor(s)                                          Chapter    **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# FOR INDIVIDUALS OR JOINT DEBTORS

   1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ **310.00** in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

   2. I am unable to pay the filing fee except in installments.

   3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

   4. I propose the following terms for the payment of the filing fee:
      First Installment of $ **75.00** , with the filing of the petition.
      Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ **117.50** , on or before 30 days from the date the bankruptcy petition was filed.
      Final Installment of the remaining unpaid balance of the filing fee in the amount of $ **117.50** , on or before 60 days from the date the bankruptcy petition was filed.

   5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

| **/s/ Howard Slomka**                          April  4, 2018 | **/s/ Tiffany Dawn Winchester Ford**        April  4, 2018 |
|---|---|
| Signature of Attorney                                   Date | Signature of Debtor                                   Date |
|  | (In a joint case, both Debtors must sign) |
| **Howard Slomka 652875  GA** |  |
| Name of Attorney | Signature of Joint Debtor                             Date |

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy