UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-55820-JRS |
| | ) | |
| TIFFANY DAWN WINCHESTER FORD | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**MOTION TO RECONSIDER ORDER OF DISMISSAL AND REINSTATE CASE TO FULL FORCE AND EFFECT**

Comes now the above Debtor, TIFFANY DAWN WINCHESTER FORD, by and through her Attorney, and shows this Honorable Court the following:

1.

This case was filed voluntarily under Chapter 13 of the Bankruptcy Code on April 4, 2018.

2.

Simultaneously with the filing of the instant case, Debtor filed an Application to Pay Filing Fee in Installments (Doc. No. 5) (the "Application"). The Application proposed to pay $75.00 with the filing of the Voluntary Petition and a payment of $117.50 due on or before 30 days from the date the Voluntary Petition was filed and a payment of $117.50 due on or before 60 days from the date the Voluntary Petition was filed. This Court issued an Order denying the Application on April 5, 2018 (Doc. No. 8) (the "Order") and the Order ruled that Debtor is to pay the balance of the initial filing fee installment payment in the amount of $235.00 on or before April 12, 2018. On April 13, 2018, Debtor paid the balance of the initial filing fee installment to her counsel in the instant case. Unfortunately, due to miscommunication within Debtor's Attorney's office

the balance of the initial filing fee installment was not timely paid and Debtor's case was dismissed on April 24, 2018 (Doc. No. 13). Debtor's counsel will reduce the amount of legal fees to be paid through the Debtor's Chapter 13 due to counsel's failure to timely pay the balance of the initial filing fee installment to this Court. The balance of the initial filing fee installment in the amount of $235.00 has now been paid.

3.

Debtor filed the instant case to pay her tax debt, her vehicle and to address her other debts as well. Debtor is able to propose a confirmable Chapter 13 Plan.

**WHEREFORE,** Debtor prays that:

a) the Order of Dismissal entered on April 24, 2018 be reconsidered and vacated;

b) the case be reopened; and

c) the automatic stay be reinstated to full force and effect.

Respectfully submitted this 1st day of May, 2018

/s/
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-55820-JRS |
| | ) | |
| TIFFANY DAWN WINCHESTER FORD | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that TIFFANY DAWN WINCHESTER FORD, has filed a "MOTION TO RECONSIDER ORDER OF DISMISSAL AND REINSTATE CASE TO FULL FORCE AND EFFECT".

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Reconsider Order of Dismissal and Reinstate Case to Full Force and Effect in **Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta GA 30303 on May 22, 2018 at 10:45 A.M.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Clerk, U. S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-55820-JRS |
| | ) | |
| TIFFANY DAWN WINCHESTER FORD | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION TO RECONSIDER ORDER OF DISMISSAL AND REINSTATE CASE TO FULL FORCE AND EFFECT and NOTICE OF HEARING in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, Standing Ch. 13 Trustee (served via ECF)
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Tiffany Dawn Winchester Ford
118 Haynes Street NE
Apt 302
Marietta, GA 30060

SEE ATTACHED FOR ADDITIONAL CREDITORS

This 1st day of May, 2018

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

```
Label Matrix for local noticing      Acs/dept Of Ed                        American Credit Accept
113E-1                               501 Bleecker St                       961 E Main St
Case 18-55820-jrs                    Utica, NY 13501-2401                  Spartanburg, SC 29302-2185
Northern District of Georgia
Atlanta
Tue May  1 09:24:45 EDT 2018

Capital Acct                         Childrens Healthcare of Atl           (p)CHOICE RECOVERY INC
Po Box 140065                        Po Box 116316                         1550 OLD HENDERSON ROAD
Nashville, TN 37214-0065             Atlanta, GA 30368-6316                STE 100
                                                                           COLUMBUS OH 43220-3662


Cobb County Water                    Fed Loan Serv                         First Premier Bank
PO Box 580440                        Po Box 60610                          601 S Minnesota Ave
Charlotte, NC 28258-0440             Harrisburg, PA 17106-0610             Sioux Falls, SD 57104-4868


(p)GEORGIA DEPARTMENT OF REVENUE     Hiscox                                Internal Revenue Service
COMPLIANCE DIVISION                  PO Box 6260                           PO Box 7346
ARCS BANKRUPTCY                      Aurora, IL 60598-0260                 Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

KinderCare                           Med Data Sys                          Medical Data Systems I
Attn: Collections Dept               755 W Nasa Blvd                       755 W Nasa Blvd
PO Box 6760                          Melbourne, FL 32901-1815              Melbourne, FL 32901-1815
Portland, OR 97228-6760


Medical Revenue Services             NCCI                                  Public Savings Bank
Po Box 5188                          14 Orchard Road Suite 100             2755 Philmont Ave
Martinsville, VA 24115-5188          Lake Forest, CA 92630-8311            Huntingdon Valley, PA 19006-5321


Public Storage                       Howard P. Slomka                      Sports and Imports Auto Sales
3865 Peachtree Industrial Blvd       Slipakoff & Slomka, PC                4247 Buford Drive
Duluth, GA 30096-4848                Overlook III - Suite 1700             Buford, GA 30518-3441
                                     2859 Paces Ferry Rd, SE
                                     Atlanta, GA 30339-6213


(p)SPRINT NEXTEL CORRESPONDENCE      SunTrust Bank                         (p)T MOBILE
ATTN BANKRUPTCY DEPT                 Attn: Support Services                C O AMERICAN INFOSOURCE LP
PO BOX 7949                          PO Box 85092                          4515 N SANTA FE AVE
OVERLAND PARK KS 66207-0949          Richmond, VA 23285-5092               OKLAHOMA CITY OK 73118-7901


U. S. Attorney                       Village Podiatry Group                Wells Fargo Bank
600 Richard B. Russell Bldg.         900 Circle 75 Parkway Se              Po Box 14517
75 Ted Turner Drive, SW              Suite 900                             Des Moines, IA 50306-3517
Atlanta GA 30303-3315                Atlanta, GA 30339-3084


Wellstar                             Nancy J. Whaley                       Tiffany Dawn Winchester Ford
Patient Financial Services           Nancy J. Whaley, Standing Ch. 13 Trustee   118 Haynes Street NE
PO Box 406161                        303 Peachtree Center Avenue           Apt 302
Atlanta, GA 30384-6161               Suite 120, Suntrust Garden Plaza      Marietta, GA 30060-8400
                                     Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choicerecov
1550 Old Henderson Rd St
Columbus, OH 43220

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

TMobile
PO Box 742596
Cincinnati, OH 45274-2596

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29