**IT IS ORDERED as set forth below:**



Date: May 15, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-55820-JRS |
| | ) | |
| TIFFANY DAWN WINCHESTER FORD | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**ORDER AND NOTICE OF HEARING**

On May 14, 2018, Debtor filed a Motion for Emergency Hearing (Doc. No. 17), seeking an emergency hearing on Debtor's Motion to Reconsider Dismissal and Reinstate Case in Full Force and Effect (Doc. No. 16). For good cause shown, it is hereby

**ORDERED** that Debtors' Motion for Emergency Hearing is *GRANTED*. A hearing on Debtor's Motion to Reconsider Dismissal and Reinstate Case in Full Force and Effect (Doc. No. 16) will be held May 16, 2018, at 9:30 A.M. in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Debtor's counsel is directed to serve this Order and Notice OF Hearing by e-mail, facsimile, or

over-night mail on the Chapter 13 Trustee and *all creditors* and shall file a certificate evidencing such service before 5:00 P.M. today.

**END OF DOCUMENT**

Prepared by:

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtors
2859 Paces Ferry Road, SE,
Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001