**IT IS ORDERED as set forth below:**



Date: May 16, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-55820-JRS |
| | ) | |
| TIFFANY DAWN WINCHESTER FORD | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO RECONSIDER DISMISSAL

Debtor's case was dismissed on April 24, 2018 (Doc No. 13) for failure to timely pay the balance of the filing fee installment to this Court. On May 1, 2018, Debtor filed a Motion to Reconsider Order of Dismissal and Reinstate Case to Full Force and Effect (Doc. No. 16) (the "Motion") seeking to reopen this case and the automatic stay be reinstated to full force and effect. Hearing on the Motion was held on May 16, 2018. As no objection to the Motion was filed or raised at the hearing the Motion is deemed unopposed. It is

**ORDERED** that the Debtor's Motion is ***granted*** and the case is hereby reopened and the automatic stay is reinstated to full force and effect as to all creditors. It is

**FURTHER ORDERED** that Debtor's counsel shall re-notice the Section 341 Meeting of Creditors and Confirmation within ten (10) days of entry of this order.

The Clerk is directed to serve a copy of this Order upon Debtor, Counsel for Debtor, the Chapter 13 Trustee and all other parties in interest.

**END OF DOCUMENT**

Prepared by:
\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001


No Opposition:

\_\_\_\_/s/_____
Maria C. Joyner
GA Bar No. 118350
Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

## DISTRIBUTION LIST

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Tiffany Dawn Winchester Ford
118 Haynes Street NE
Apt 302
Marietta, GA 30060

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-55820-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed May 16 10:52:57 EDT 2018 | Acs/dept Of Ed<br>501 Bleecker St<br>Utica, NY 13501-2401 | American Credit Accept<br>961 E Main St<br>Spartanburg, SC 29302-2185 |
| Capital Acct<br>Po Box 140065<br>Nashville, TN 37214-0065 | Childrens Healthcare of Atl<br>Po Box 116316<br>Atlanta, GA 30368-6316 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 |
| Cobb County Water<br>PO Box 580440<br>Charlotte, NC 28258-0440 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Hiscox<br>PO Box 6260<br>Aurora, IL 60598-0260 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| KinderCare<br>Attn: Collections Dept<br>PO Box 6760<br>Portland, OR 97228-6760 | Med Data Sys<br>755 W Nasa Blvd<br>Melbourne, FL 32901-1815 | Medical Data Systems I<br>755 W Nasa Blvd<br>Melbourne, FL 32901-1815 |
| Medical Revenue Services<br>Po Box 5188<br>Martinsville, VA 24115-5188 | NCCI<br>14 Orchard Road Suite 100<br>Lake Forest, CA 92630-8311 | Public Savings Bank<br>2755 Philmont Ave<br>Huntingdon Valley, PA 19006-5321 |
| Public Storage<br>3865 Peachtree Industrial Blvd<br>Duluth, GA 30096-4848 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Sports and Imports Auto Sales<br>4247 Buford Drive<br>Buford, GA 30518-3441 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Village Podiatry Group<br>900 Circle 75 Parkway Se<br>Suite 900<br>Atlanta, GA 30339-3084 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wellstar<br>Patient Financial Services<br>PO Box 406161<br>Atlanta, GA 30384-6161 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Tiffany Dawn Winchester Ford<br>118 Haynes Street NE<br>Apt 302<br>Marietta, GA 30060-8400 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choicerecov
1550 Old Henderson Rd St
Columbus, OH 43220

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

TMobile
PO Box 742596
Cincinnati, OH 45274-2596

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29